IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 NOV 27  AM 11: 47

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

| | |
|---|---|
| JULIE O'SHAUGHNESSY, § <br> INDIVIDUALLY, AND ON BEHALF § <br> OF ALL OTHERS SIMILARLY § <br> SITUATED, § <br>       PLAINTIFF, § <br> § <br> V. § <br> § <br> YOUNG LIVING ESSENTIAL OILS, LC § <br> D/BA YOUNG LIVING ESSENTIAL § <br> OILS; THE YOUNG LIVING § <br> FOUNDATION, INC.; MARY YOUNG; § <br> JARED TURNER; BENJAMIN RILEY; § <br> AND CO-CONSPIRATORS, § <br>       DEFENDANTS. § | CAUSE NO. 19-CV-412-LY |

## ORDER

Before the court are Defendants' Motion to Limit Pre-Certification Discovery filed August 30, 2019 (Doc. #23); Plaintiff's Response to Defendants' Motion to Limit Pre-Certification Discovery filed September 11, 2019 (Doc. #26); and Defendants' Reply in Support of Motion to Limit Pre-Certification Discovery filed September 18, 2019 (Doc. #28). On November 26, 2019, the parties appeared before the court for an Initial Pretrial Conference, at which the court scheduled a class certification hearing for 9:00 a.m., July 7, 2020. The parties further agreed to submit a proposed scheduling order on or before December 6, 2019, which will include pre-certification discovery. Accordingly,

**IT IS ORDERED** that Defendants' Motion to Limit Pre-Certification Discovery filed August 30, 2019 (Doc. #23) is **DISMISSED**.

SIGNED this _27th_ day of November, 2019.

> _____
> LEE YEAKEL
> UNITED STATES DISTRICT JUDGE