UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JULIE O'SHAUGHNESSY, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    *Plaintiff*,<br><br>v.<br><br>YOUNG LIVING ESSENTIAL OILS, LC D/B/A YOUNG LIVING ESSENTIAL OILS, THE YOUNG LIVING FOUNDATION, INC., MARY YOUNG, JARED TURNER, BENJAMIN RILEY, AND CO-CONSPIRATORS,<br><br>    *Defendants*. | Case No. 1:19-cv-412 |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Young Living Essential Oils, LC d/b/a Young Living Essential Oils, The Young Living Foundation, Inc., Mary Young, Jared Turner, and Benjamin Riley (collectively, "Defendants") appeal this Court's November 27, 2019 Order (Dkt. No. 33), which adopted the Magistrate Judge's Report and Recommendations (Dkt. No. 29) and denied Defendants' Motions to Compel Arbitration (Dkt. Nos. 7, 8), to the United States Court of Appeals for the Fifth Circuit. Pursuant to 9 U.S.C. § 16(a)(1)(C), Defendants may take an interlocutory appeal from a district court's order denying a motion to compel arbitration.

2

Dated: December 19, 2019 

Respectfully submitted,

**WINSTON & STRAWN LLP**

*/s/ Thomas M. Melsheimer*
Thomas M. Melsheimer
TMelsheimer@winston.com
Texas Bar No.: 13922550
John C.C. Sanders
JSanders@winston.com
Texas Bar No.: 24057036
Katrina G. Eash
KEash@winston.com
Texas Bar No.: 24074636
WINSTON & STRAWN LLP
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Tel.: (214) 453-6500
Fax: (214) 453-6400

*Attorneys for Defendants Young Living Essential Oils, LC, The Young Living Foundation, Inc., Mary Young, Jared Turner, and Benjamin Riley*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 19, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Katrina G. Eash*
Katrina G. Eash
