IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 JAN 28 PM 5:05

JULIE O'SHAUGHNESSY, §
INDIVIDUALLY, AND ON BEHALF §
OF ALL OTHERS SIMILARLY §
SITUATED, §
        PLAINTIFF, §
 §
V. §   CAUSE NO. 19-CV-412-LY
 §
YOUNG LIVING ESSENTIAL OILS, LC §
D/B/A YOUNG LIVING ESSENTIAL §
OILS; MARY YOUNG; AND JARED §
TURNER, §
        DEFENDANTS. §

## ORDER

Before the court are (1) Defendants the Young Living Foundation, Inc.; Mary Young; Jared Turner; and Benjamin Riley's Motion to Dismiss for Lack of Personal Jurisdiction and Venue filed December 23, 2019 (Doc. #40); (2) Young Living's 12(b)(6) and 9(b) Motion to Dismiss the Complaint filed December 23, 2019 (Doc. #43); and (3) Defendants the Young Living Foundation, Inc.; Mary Young; Jared Turner; and Benjamin Riley's Motion to Dismiss Under Rules 12(b)(6) and 9(b) filed December 23, 2019 (Doc. #44). Plaintiff's First Amended Class Action Complaint was filed January 15, 2020 (Doc. #59).

In light of the filing of Plaintiff's amended complaint,

**IT IS ORDERED** that Defendants the Young Living Foundation, Inc.; Mary Young; Jared Turner; and Benjamin Riley's Motion to Dismiss for Lack of Personal Jurisdiction and Venue filed December 23, 2019 (Doc. #40) is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Young Living's 12(b)(6) and 9(b) Motion to Dismiss the Complaint filed December 23, 2019 (Doc. #43) is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FINALLY ORDERED** that Defendants the Young Living Foundation, Inc.; Mary Young; Jared Turner; and Benjamin Riley's Motion to Dismiss Under Rules 12(b)(6) and 9(b) filed December 23, 2019 (Doc. #44) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 28th day of January, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE