UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JULIE O'SHAUGHNESSY, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) | |
| PLAINTIFF, | ) ) | |
| V. | ) ) | CASE NO. 1:19-CV-412-LY |
| YOUNG LIVING ESSENTIAL OILS, LC D/B/A YOUNG LIVING ESSENTIAL OILS, THE YOUNG LIVING FOUNDATION, INC., MARY YOUNG, JARED TURNER, BENJAMIN RILEY, AND CO-CONSPIRATORS, | ) ) ) ) ) ) ) | Class Action Pursuant to 18 U.S.C. §§ 1961-1968 |
| DEFENDANTS. | ) ) | |

**PLAINTIFF'S NOTICE REGARDING ACTION TAKEN BY THE CIRCUIT**

On February 3, 2020 this Court, in granting Defendants' motion to stay, Ordered the parties to immediately advise this Court of any action taken by the Fifth Circuit in this case. *See* Dkt. 63.

Plaintiff hereby advises this Court that on April 28, 2020, the Fifth Circuit affirmed this Court's Order denying Defendants' motion to compel arbitration. A copy of the Fifth Circuit's opinion is attached hereto as Exhibit "A".

Respectfully submitted,

**NIX PATTERSON, LLP**
3600 N. Capital of Texas Hwy., Ste. B350
Austin, Texas 78746
512-328-5333 *tel.*
Austin Tighe
State Bar No. 20023900
atighe@nixlaw.com

838856

**MUNCK WILSON MANDALA, LLP**
2801 Via Fortuna, Suite 630
Austin, Texas 78746
512-744-9300 *tel.*
Robert E. Linkin
State Bar No. 00795773
rlinkin@munckwilson.com

**DuBOIS, BRYANT & CAMPBELL, LLP**
303 Colorado Street, Ste. 2300
Austin, Texas 78701
512-457-8000 *tel.*
J. David Rose
State Bar No. 00794564
drowe@dbcllp.com

By:   */s/ Robert E. Linkin*
        Robert E. Linkin
        State Bar No. 00795773
        rlinkin@dwmrlaw.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and provided service of the same on all counsel who have consented to electronic service via the Court's CM/ECF system.

*/s/ Robert E. Linkin*
Robert E. Linkin

838856